**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2061**

ALAJUAN ROBINSON; REGGIE ROBINSON EL,

Plaintiffs - Appellants,

v.

SERGEANT PINTEZ, Monongalia County Sheriff's Dept., in his individual and official capacities; J.D. MORGAN, Monongalia County Sheriff's Dept., in his individual and official capacities; JOHN DOE, tow truck driver WaterFront Towing LLC, in his individual and official capacities,

Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Thomas S. Kleeh, District Judge.  (1:18-cv-00151-TSK-MJA)

Submitted:  February 28, 2020                    Decided:  March 6, 2020

Before MOTZ, KING, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alajuan Robinson, Reggie Robinson El, Appellants Pro Se.  Keith C. Gamble, PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, Morgantown, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alajuan Robinson and Reggie Robinson El appeal the district court's order accepting in part the recommendations of the magistrate judge, denying Robinson and Robinson El's motion to remand the action to state court, and granting Defendants' motion to dismiss Robinson and Robinson El's 42 U.S.C. § 1983 (2018) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Robinson and Robinson El's motion for appointment of counsel and affirm for the reasons stated by the district court. *Robinson v. Pintez*, No. 1:18-cv-00151-TSK-MJA (N.D.W. Va. Sept. 10, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*